THE MASTROMARCO FIRM
1024 N. Michigan Avenue
Saginaw, MI 48602
Tax ID # 38-2965307

Invoice submitted to:
Devra Byron

July 16, 2013

Invoice #13329

Professional Services

| | | Hours | Amount |
|---|---|---|---|
| 2/1/2011 | Conference with client | 1.40 | 420.00 |
| 3/10/2011 | Conference with client | 1.00 | 300.00 |
| 3/14/2011 | Letter to Paula Coffee | 0.20 | 60.00 |
| 4/12/2011 | Letter to Paula Coffee | 0.10 | 30.00 |
| 4/27/2011 | Receipt & Review of correspondence from atty. Hahn - via facsimile | 0.50 | 150.00 |
| 5/13/2011 | Conference with client | 1.20 | 360.00 |
| 5/16/2011 | Letter to Paula Coffee | 0.20 | 60.00 |
| 8/8/2011 | Preparation of Complaint | 4.20 | 1,260.00 |
| 8/9/2011 | Letter to Court | 0.20 | 60.00 |
| 8/15/2011 | Preparation of Summons | 0.30 | 90.00 |
| 9/12/2011 | Receipt & Review and Appearance from Douglas Washburn on behalf of Defendants | 0.40 | 120.00 |
| 10/3/2011 | Receipt & Review of Order to Submit Material for Case Management Order | 0.30 | 90.00 |
| | Receipt & Review of Answer to Complaint from Defendants | 1.50 | 450.00 |
| | Preparation of Response to Request to Produce | 1.20 | 360.00 |
| 10/4/2011 | Receipt & Review of Interrogatories & Request to Produce from Atty. Washburn. | 0.50 | 150.00 |
| | Letter to Client | 0.40 | 120.00 |
| 10/6/2011 | Receipt & Review of client tax returns received by hand delivery | 0.50 | 150.00 |
| | Letter to Defense Counsel | 0.10 | 30.00 |
| | Letter to Client | 0.10 | 30.00 |
| | Preparation of Interrogatories to Defendant | 2.80 | 840.00 |
| 10/13/2011 | Receipt & Review of client's handwritten answers to Defendant's Interrogatories to Plaintiff dated 10/3/11, dropped off personally. Also her signed authorizations & documentation for Request to Produce | 0.50 | 150.00 |
| 10/18/2011 | Receipt & Review of Defendant's Material for Case Management Order | 0.50 | 150.00 |
| | Preparation of Short Statement | 0.90 | 270.00 |
| 10/21/2011 | Conference with client | 1.50 | 450.00 |
| 11/2/2011 | Receipt & Review of fax from Atty. Washburn confirming agreement w/VJM that both parties have a 30-day extension from 10/31/11 in which to answer the Interrogatories. | 0.50 | 150.00 |



| Date | Description | Hours | Amount |
|---|---|---|---|
| 11/2/2011 | Preparation of Answers to 1st Interrogatories | 3.30 | 990.00 |
| 11/3/2011 | Receipt & Review of document copies dropped off by our client: Medical Statement of Dr. John Johnson; FMLA Leave of Absence Request; Family & Medical Leave Information & Employee Rights & Responsibilities under the FMLA; copy of Certification of Health Care Provider for Employee's Serious Health Condition (FMLA). | 0.50 | 150.00 |
| 11/4/2011 | Preparation of Request to Admit with follow up Interrogatories | 0.90 | 270.00 |
| | Letter to Defense Counsel | 0.20 | 60.00 |
| | Letter to Client | 0.10 | 30.00 |
| 11/9/2011 | Letter to Defense Counsel | 0.10 | 30.00 |
| | Letter to Client | 0.10 | 30.00 |
| 11/14/2011 | Receipt & Review of Deposition Notice of Plaintiff on 12/12/11 @ 10:00 a.m. in our office, from Atty. Washburn. | 0.50 | 150.00 |
| 11/15/2011 | Receipt & Review of Case Management and Scheduling Order from the Court via ECF | 0.50 | 150.00 |
| | Letter to Client | 0.20 | 60.00 |
| 11/16/2011 | Letter to Client | 0.30 | 90.00 |
| 11/21/2011 | Letter to Defense Counsel | 0.20 | 60.00 |
| | Letter to Client | 0.20 | 60.00 |
| | Preparation of Notice of Taking Deposition (12/14/11) | 0.30 | 90.00 |
| | Preparation of Re-Notice of Taking Deposition (1/19/12) | 0.30 | 90.00 |
| 11/22/2011 | Preparation of Initial Disclosures | 0.90 | 270.00 |
| 11/23/2011 | Letter to Defense Counsel | 0.10 | 30.00 |
| | Letter to Client | 0.30 | 90.00 |
| 11/28/2011 | Preparation of Plaintiff's Witness List | 0.50 | 150.00 |
| 12/2/2011 | Receipt & Review of correspondence and Defendant's Initial Disclosure, POS, from Atty. Washburn via fax. | 0.50 | 150.00 |
| | Receipt & Review of faxed correspondence w/UNSIGNED Answers to Plaintiff's Request to Admit w/follow-up Interrogatories, Answer to Plaintiff's Request to Produce, Answer to Plaintiff's Interrogatories, excluding attachments, indicating that executed docs w/attachments will be delivered on 12/5/11, from Atty. Washburn | 0.50 | 150.00 |
| 12/5/2011 | Receipt & Review of Def's Initial Disclosure, POS from Atty. Washburn. | 0.50 | 150.00 |
| | Receipt & Review of Answers to Plaintiff's Request for Admissions with Follow-Up Interrogatories, signed answers to Plaintiff's Request to Produce and Answers to Plaintiff's Interrogatories from Attorney Washburn | 2.10 | 630.00 |
| 12/6/2011 | Preparation of Plaintiff's Second Request to Produce | 0.90 | 270.00 |
| | Letter to Defense Counsel | 0.10 | 30.00 |
| 12/9/2011 | Receipt & Review of Defendant's Witness List | 0.50 | 150.00 |
| 12/12/2011 | Letter to Defense Counsel | 0.10 | 30.00 |
| 12/13/2011 | Receipt & Review of Plaintiff's handwritten Answers to Def's Req to Admit/Interrogatory to Plaintiff dated 11-21-11 | 0.30 | 90.00 |
| 12/15/2011 | Preparation of Response to Defendant's Request to Produce | 0.90 | 270.00 |
| | Letter to Defense Counsel | 0.20 | 60.00 |
| 12/19/2011 | Preparation of Plaintiff's 3rd Request to Produce | 0.60 | 180.00 |
| | Letter to Defense Counsel | 0.20 | 60.00 |
| 12/21/2011 | Receipt & Review of Defendant's Answer to 2nd Request to Produce from Atty. Washburn | 0.50 | 150.00 |
| | Preparation of Answers to Interrogatories dated 11-21-2011 | 0.60 | 180.00 |
| 12/28/2011 | Receipt & Review of Re-Notice of Taking Deposition of Plf., to take place on 1/25/12 @ 10:00 a.m. | 0.50 | 150.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 12/29/2011 | Letter to Client | 0.30 | 90.00 |
| 1/2/2012 | Preparation of of Response to Defendant's Request to Produce Dated 11-21-2011 | 0.90 | 270.00 |
| 1/3/2012 | Letter to Defense Counsel | 0.10 | 30.00 |
| | Letter to Client | 0.30 | 90.00 |
| | Preparation of Re-Notice of Taking Deposition (2/21/12) | 0.30 | 90.00 |
| 1/5/2012 | Letter to Defense Counsel | 0.20 | 60.00 |
| 1/9/2012 | Receipt & Review of Defendant's Answers to Plaintiff's 3rd Request to Produce, POS from Atty. Washburn | 0.50 | 150.00 |
| | Preparation of Stafford letter and packet of information for preparation of Economic Report | 0.50 | 150.00 |
| 1/12/2012 | Letter to Defense Counsel | 0.20 | 60.00 |
| 1/19/2012 | Letter to Defense Counsel | 0.10 | 30.00 |
| | Preparation of Notice of Taking Deposition (3/2/12) | 0.30 | 90.00 |
| 1/24/2012 | Conference with Client to prepare for deposition | 2.00 | 600.00 |
| 1/25/2012 | Preparation of and attendance at Plaintiff's deposition | 4.60 | 1,380.00 |
| 1/26/2012 | Letter to Defense Counsel | 0.10 | 30.00 |
| 1/30/2012 | Receipt & Review of Stafford Report via fax | 0.50 | 150.00 |
| 2/3/2012 | Preparation of Subpoena re: Deposition of Kevin Flynn | 0.30 | 90.00 |
| 2/7/2012 | Receipt & Review of copy of Family and Medical Leave Absence Request, dropped off by client. | 0.50 | 150.00 |
| 2/13/2012 | Receipt & Review of correspondence faxed from Atty. Washburn requesting copies of certain items client referenced in her deposition that she has at home. | 0.50 | 150.00 |
| 2/16/2012 | Letter to Defense Counsel | 0.10 | 30.00 |
| 2/21/2012 | Receipt & Review of authorization for our client's signature for records of Thomas Hare (tax records), faxed from Atty. Washburn. | 0.50 | 150.00 |
| | Attendance at Depositions | 4.20 | 1,260.00 |
| 2/22/2012 | Letter to Client | 0.20 | 60.00 |
| 3/1/2012 | Receipt & Review of deposition transcripts of B Case, J Clayton, P Coffee w/invoice | 0.10 | 30.00 |
| 3/2/2012 | Preparation of Plaintiff's Fourth Request to Produce | 0.90 | 270.00 |
| | Letter to Defense Counsel | 0.10 | 30.00 |
| | Attendance at Depositions | 5.10 | 1,530.00 |
| 3/5/2012 | Letter to Defense Counsel | 0.20 | 60.00 |
| | Preparation of Re-Notice of Taking Deposition (3/23/12 | 0.30 | 90.00 |
| 3/6/2012 | Preparation of Subpoena re: Re-notice of Deposition of Kevin Flynn | 0.30 | 90.00 |
| | Letter to Defense Counsel | 0.10 | 30.00 |
| 3/9/2012 | Receipt & Review of deposition transcripts of Pam Carnes, Lori Shephard, Mary Bashans, and Stephanie Peters w/invoice | 1.00 | 300.00 |
| 3/14/2012 | Receipt & Review of correspondence with attached proposed Stipulation withdrawing certain affirmative defenses, faxed from Atty. Washburn. | 0.50 | 150.00 |
| | Receipt & Review of Verified Return of Service indicating service of Deposition Notice, Subpoena & correspondence upon witness Kevin Flynn on 3/7/12, from Allen & Hope. | 0.50 | 150.00 |
| 3/23/2012 | Attendance at Depositions | 1.00 | 300.00 |
| 3/26/2012 | Receipt & Review of deposition transcript of Kevin Flynn w/invoice | 0.10 | 30.00 |
| 3/27/2012 | Receipt & Review of Defendant's Answers to Plaintiff's 4th Request to Produce, via fax from Atty. Washburn. | 0.50 | 150.00 |
| 3/30/2012 | Receipt & Review of Stipulation and Order withdrawing Affirmative Defenses | 0.30 | 90.00 |
| 4/5/2012 | Receipt & Review of Notice to Appear for Rescheduled Settlement Conference | 0.30 | 90.00 |
| 4/17/2012 | Letter to Client | 0.30 | 90.00 |
| 5/3/2012 | Preparation of Stipulation and Order to Adjourn Settlement Conference | 0.50 | 150.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 5/22/2012 | Letter to Defense Counsel | 0.10 | 30.00 |
| | Letter to Judge Ludington | 0.20 | 60.00 |
| 5/23/2012 | Letter to Attorney Sobel | 0.20 | 60.00 |
| 5/24/2012 | Receipt & Review of Stip & Order from the Court adjourning Settlement Conference | 0.30 | 90.00 |
| 6/7/2012 | Receipt & Review of Stip & proposed Order extending deadline for filing Dispositive Motions to 7/8/12, e-filed w/court 6/7/12, faxed from Atty. Washburn. | 0.50 | 150.00 |
| | Receipt & Review of Appearance from Robert A. Hahn on behalf of Defendants | 0.30 | 90.00 |
| 6/8/2012 | Receipt & Review of Stip and Order extending dispositive motion deadline | 0.30 | 90.00 |
| 6/11/2012 | Receipt & Review of correspondence from Atty. Washburn relative to facilitation: def. has agreed to it ONLY if a local facilitator is utilized, and suggesting either John Chasnis or Charlie Filipiak. | 0.50 | 150.00 |
| 6/18/2012 | Letter to Defense Counsel | 0.10 | 30.00 |
| 6/26/2012 | Receipt & Review of Def's Motion for Summary Judgment via ECF | 2.50 | 750.00 |
| 7/9/2012 | Receipt & Review of Defendant's RTP | 0.50 | 150.00 |
| | Receipt & Review of Notice of Hearing regarding Motion for Summary Judgment | 0.30 | 90.00 |
| | Letter to Client | 0.20 | 60.00 |
| 7/16/2012 | Preparation of Notes | 0.50 | 150.00 |
| 7/17/2012 | Preparation of Plaintiff's Response and Brief in Support to Defendant's Motion for Summary Judgment and Counter Motion for Summary Judgment | 6.00 | 1,800.00 |
| | Preparation of Response to Motion for Summary Judgment | 5.10 | 1,530.00 |
| 7/18/2012 | Letter to Judge Ludington | 0.20 | 60.00 |
| 7/26/2012 | Receipt & Review of Defendant's RTP Dated 7.25.12 | 0.50 | 150.00 |
| | Letter to Client | 0.30 | 90.00 |
| 7/27/2012 | Letter to Defense Counsel | 0.10 | 30.00 |
| | Preparation of Response to Request to Produce Documents | 1.20 | 360.00 |
| 8/1/2012 | Receipt & Review of subpoena served on Michigan Employment Agency | 0.50 | 150.00 |
| 8/21/2012 | Receipt & Review of Defendant's Facilitation Summary - via facsimile | 1.00 | 300.00 |
| | Letter to Attorney Filipiak | 0.10 | 30.00 |
| | Preparation of Facilitation Summary | 3.90 | 1,170.00 |
| 8/23/2012 | Preparation of Response to Defendant's Request to Produce Dated 7-21-2012 | 0.90 | 270.00 |
| 8/24/2012 | Letter to Defense Counsel | 0.10 | 30.00 |
| 8/27/2012 | Preparation of and attendance at Facilitation | 7.00 | 2,100.00 |
| 8/29/2012 | Letter to Client | 0.30 | 90.00 |
| 9/11/2012 | Receipt & Review of Opinion and Order Denying Defendant's Motion for Summary Judgment from the Court via ECF | 1.50 | 450.00 |
| | Letter to Client | 0.20 | 60.00 |
| 9/12/2012 | Receipt & Review of correspondence from Charles Filipiak w/invoice | 0.50 | 150.00 |
| 9/13/2012 | Preparation of Pre-Trial Disclosures | 0.90 | 270.00 |
| | Letter to Client | 0.30 | 90.00 |
| | Letter to Attorney Filipiak | 0.10 | 30.00 |
| 9/18/2012 | Receipt & Review of Defendant's Pre-Trial Disclosures via ECF | 0.40 | 120.00 |
| 10/1/2012 | Receipt & Review of Subpoena to Unemployment | 0.50 | 150.00 |
| | Receipt & Review of Subpoena for Trial | 0.50 | 150.00 |
| 10/2/2012 | Receipt & Review of Motion in Limine Regarding Location of 2008 FMLA Application | 0.50 | 150.00 |
| | Receipt & Review of Motion in Limine Regarding Dr. Johnson's 5-13-09 Records via ECF | 0.75 | 225.00 |
| | Receipt & Review of Motion in Limine Regarding Plaintiff's High Performance Evaluations | 0.75 | 225.00 |
| | Receipt & Review of Motion in Limine Regarding Reverence/Core Value | 0.75 | 225.00 |

| | | Hours | Amount |
|---|---|---|---|
| 10/4/2012 | Receipt & Review of Notice to Appear for Hearing on Def's Motions in Limine #'s 23, 24, 25 & 26 from the Court via ECF | 0.40 | 120.00 |
| 10/8/2012 | Receipt & Review of facsimile from Robert A. Hahn enclosing proposed jury instructions along with a verdict form | 0.75 | 225.00 |
| 10/16/2012 | Preparation of Plaintiff's Response and Brief in Support to Defendant's Motion In Limine Regarding Plaintiff's "High Performance Evaluations" | 1.00 | 300.00 |
| | Preparation of Plaintiff's Response and Brief in Support to Defendant's Motion In Limine Regarding Dr. Johnson | 1.00 | 300.00 |
| | Preparation of Response to Motion in Limine Re: 2008 FMLA Application | 1.10 | 330.00 |
| | Preparation of Response to Motion in Limine Re: Plaintiff's High Performance Evaluations | 0.90 | 270.00 |
| | Preparation of Response to Motion in Limine Re: Core Values | 1.50 | 450.00 |
| | Preparation of Response to Motion in Limine Re: Dr. Johnson Records | 1.20 | 360.00 |
| | Trial Preparation | 5.00 | 1,500.00 |
| 10/17/2012 | Trial Preparation | 5.00 | 1,500.00 |
| 10/18/2012 | Trial Preparation | 5.00 | 1,500.00 |
| 10/19/2012 | Preparation of Proposed Jury Instructions | 0.30 | 90.00 |
| | Trial Preparation | 5.00 | 1,500.00 |
| 10/20/2012 | Trial Preparation | 5.00 | 1,500.00 |
| 10/21/2012 | Trial Preparation | 5.00 | 1,500.00 |
| 10/22/2012 | Trial Preparation | 5.00 | 1,500.00 |
| 10/23/2012 | Preparation of Jury Instructions | 1.50 | 450.00 |
| | Preparation of Joint Pretrial Order | 0.50 | 150.00 |
| | Trial Preparation | 5.00 | 1,500.00 |
| 10/24/2012 | Trial Preparation | 5.00 | 1,500.00 |
| 10/25/2012 | Trial Preparation | 5.00 | 1,500.00 |
| 10/26/2012 | Preparation of Motion in Limine regarding Prior Absences | 1.50 | 450.00 |
| | Trial Preparation | 5.00 | 1,500.00 |
| 10/30/2012 | Attendance at Final Pretrial Conference | 1.00 | 300.00 |
| 11/1/2012 | Receipt & Review of Order Directing Supplemental Briefing from the Court via ECF | 0.50 | 150.00 |
| | Conference with Client | 1.30 | 390.00 |
| 11/9/2012 | Preparation of Supplemental Brief Regarding Motions in Limine and Exhibits | 1.30 | 390.00 |
| 11/19/2012 | Receipt & Review of Brief in Response to Plaintiff's Motion to Exclude Evidence Concerning Reasons for Plaintiff's Termination via ECF | 1.00 | 300.00 |
| 12/19/2012 | Receipt & Review of Opinion on the parties' Motions in Limine | 1.50 | 450.00 |
| 12/26/2012 | Letter to Client | 0.20 | 60.00 |
| 1/25/2013 | Receipt & Review of Order Rescheduling Trial Date via ECF | 0.30 | 90.00 |
| 1/28/2013 | Letter to Client | 0.20 | 60.00 |
| 1/30/2013 | Preparation of Subpoena to United Steelworkers Local 9899 | 0.30 | 90.00 |
| | Preparation of Subpoena to United Steelworkers Local 9521 | 0.30 | 90.00 |
| 4/8/2013 | Letter to Defense Counsel | 0.20 | 60.00 |
| 4/18/2013 | Receipt & Review of correspondence from OC | 0.30 | 90.00 |
| 5/21/2013 | Letter to Judge Ludington | 0.50 | 150.00 |
| 5/23/2013 | Preparation of subpoenas to Dr. Johnson, Kevin Flynn Ever Perry, SMMC | 1.00 | 300.00 |
| | Hand Deliver Subpoena to Dr. Johnson's Office | 0.50 | 150.00 |
| | Telephone Conference with Dr. Johnson's Office | 0.30 | 90.00 |
| | Letter to Defense Counsel | 0.30 | 90.00 |
| | Trial Preparation | 7.20 | 2,160.00 |
| 5/24/2013 | Trial Preparation | 5.40 | 1,620.00 |
| 5/28/2013 | Receipt & Review Order Scheduling Phone Status Conference via ECF | 0.20 | 60.00 |

| | | Hours | Amount |
|---|---|---|---|
| 5/28/2013 | Attendance at Status Conference via phone | 0.60 | 180.00 |
| | Trial Preparation | 8.00 | 2,400.00 |
| | Trial Preparation | 8.00 | 2,400.00 |
| 5/29/2013 | Receipt & Review of correspondence from Atty. Hahn | 0.50 | 150.00 |
| | Preparation of Trial Exhibit List | 1.20 | 360.00 |
| | Trial Preparation | 4.50 | 1,350.00 |
| | Trial Preparation | 8.00 | 2,400.00 |
| 5/30/2013 | Preparation of Motion in Limine regarding Evidence Irrelevant to Claim of Interference under FMLA | 1.20 | 360.00 |
| | Legal Research and preparation of Memorandum of Law re: Front Pay | 1.50 | 450.00 |
| | Legal Research and preparation of Memorandum of Law re: Liquidated Damages | 0.60 | 180.00 |
| | Trial Preparation | 8.00 | 2,400.00 |
| | Trial Preparation | 8.00 | 2,400.00 |
| 5/31/2013 | Receipt & Review of Defendant's Statement of Defenses and Proposed Jury Instructions via ECF | 1.50 | 450.00 |
| | Receipt & Review of Defendant's Answers to 4th RTP | 0.50 | 150.00 |
| | Preparation of 2nd Subpoena to Eve Perry | 0.50 | 150.00 |
| | Finalize Trial Exhibit List | 0.20 | 60.00 |
| | Trial Preparation | 8.00 | 2,400.00 |
| | Trial Preparation | 8.00 | 2,400.00 |
| 6/1/2013 | Preparation of Absence Summary | 0.30 | 90.00 |
| | Trial Preparation | 8.00 | 2,400.00 |
| 6/2/2013 | Preparation of Response for Preliminary Statement Regarding FMLA | 0.90 | 270.00 |
| | Preparation of proposed Substantive Jury Instructions | 1.50 | 450.00 |
| | Preparation of Objection to Defendant's Statement of Defenses | 0.90 | 270.00 |
| | Preparation of Objection to Defendant's proposed Jury Instructions | 1.00 | 300.00 |
| | Trial Preparation | 8.00 | 2,400.00 |
| | Trial Preparation | 8.00 | 2,400.00 |
| 6/3/2013 | Receipt & Review of Defendant's response to Plaintiff's motion in Limine regarding evidence irrelevant to the claim of interference under the FMLA | 1.00 | 300.00 |
| | Telephone Conference with Dr. Johnson's office regarding De Benne Esse Deposition | 0.50 | 150.00 |
| | Preparation of Voire Dire | 0.50 | 150.00 |
| | Preparation of Trial Questions | 0.50 | 150.00 |
| | Preparation of Timeline of Events | 2.50 | 750.00 |
| | Preparation of Opening Statement | 2.00 | 600.00 |
| | Trial Preparation | 8.00 | 2,400.00 |
| | Trial Preparation | 8.00 | 2,400.00 |
| 6/4/2013 | Receipt & Review of Draft Jury Instructions from the Court | 1.00 | 300.00 |
| | Receipt & Review of statement of the case via ECF | 0.30 | 90.00 |
| | Preparation of Statement of Case | 0.60 | 180.00 |
| | Preparation of Deposition Summaries | 2.80 | 840.00 |
| | Attendance at Trial - VJM | 6.10 | 1,830.00 |
| | Attendance at Trial -KJK | 6.10 | 1,830.00 |
| | Post Trial Preparation | 4.00 | 1,200.00 |
| | Post Trial Preparation | 4.00 | 1,200.00 |
| 6/5/2013 | Telephone Conference with Allen & Hope regarding service of Kevin Flynn | 0.20 | 60.00 |
| | Telephone Conference with Allen & Hope regarding service of Kevin Flynn | 0.20 | 60.00 |
| | Preparation of Jury Instructions (draft) | 3.10 | 930.00 |
| | Attendance at Trial -VJM | 6.50 | 1,950.00 |
| | Attendance at Trial - KJK | 6.50 | 1,950.00 |

| | | Hours | Amount |
|---|---|---|---|
| 6/5/2013 | Post Trial Preparation | 3.00 | 900.00 |
| | Post Trial Preparation | 3.00 | 900.00 |
| 6/6/2013 | Multiple Telephone Conferences with Allen & Hope regarding service of Kevin Flynn | 1.00 | 300.00 |
| | Receipt & Review of voice mail from Allen & Hope regarding service of Kevin Flynn at 2:30 a.m. | 0.10 | 30.00 |
| | Telephone Conference with Beinenstock regarding Videographer | 0.10 | 30.00 |
| | Telephone Conference with Beinenstock regarding Videographer | 0.10 | 30.00 |
| | Telephone conference with Beinenstock regarding transcript of Dr. Johnson | 0.50 | 150.00 |
| | Telephone conference with Beinenstock regarding transcript of Dr. Johnson. | 0.10 | 30.00 |
| | Preparation of Objection to Dr. Johnson's Deposition | 0.60 | 180.00 |
| | Preparation of Closing Statement | 3.20 | 960.00 |
| | Attendance at Trial-VJM | 6.50 | 1,950.00 |
| | Attendance at Trial - KJK | 6.50 | 1,950.00 |
| | Post Trial Preparation | 4.00 | 1,200.00 |
| | Post Trial Preparation | 4.00 | 1,200.00 |
| 6/7/2013 | Receipt & Review of exhibits from Bienenstock - via UPS | 0.50 | 150.00 |
| | Telephone Conference with Beinenstock regarding Videographer | 0.10 | 30.00 |
| | Attendance at Trial - VJM | 6.50 | 1,950.00 |
| | Attendance at Trial - KJK | 6.50 | 1,950.00 |
| 6/10/2013 | Receipt & Review of verdict form from the court via ECF | 0.50 | 150.00 |
| | Receipt & Review of Verdict Form from the Court via ECF | 0.30 | 90.00 |
| 6/11/2013 | Letter to Defense Counsel | 0.40 | 120.00 |
| 6/12/2013 | Receipt & Review of Certified Verified Return of Service | 0.40 | 120.00 |
| | Preparation of 2nd Subpoena to Dr. Johnson | 0.50 | 150.00 |
| 6/13/2013 | Preparation for and attendance at deposition of Dr. Johnson | 1.50 | 450.00 |
| 6/17/2013 | Receipt & Review of motion to Apply Set-Off and Reduce Verdict to Present Value via ECF | 0.50 | 150.00 |
| | Receipt & Review of Motion to Mark Dr. Johnson's Deposition as a Trial Exhibit via ECF | 1.00 | 300.00 |
| | For professional services rendered | 413.80 | $124,140.00 |

Additional Charges :

| | | Amount |
|---|---|---|
| 3/10/2011 | Photocopies | 21.00 |
| 5/18/2011 | Postage | 0.44 |
| | Photocopies | 0.20 |
| 8/9/2011 | Photocopies | 0.80 |
| | Postage | 0.44 |
| 8/11/2011 | Filing Fee-U.S. District Court #3713 | 350.00 |
| 8/17/2011 | Postage-certified, return receipt | 5.79 |
| 10/5/2011 | Postage | 1.88 |
| 10/7/2011 | Photocopies | 3.60 |
| | Photocopies | 3.00 |
| | Postage | 1.68 |
| | Postage | 1.48 |
| 10/19/2011 | Photocopies | 0.80 |
| | Postage | 0.44 |
| 11/4/2011 | Photocopies | 0.40 |
| | Postage | 0.44 |

| Date | Description | Amount |
|---|---|---|
| 11/21/2011 | Photocopies | 0.20 |
| | Photocopies | 0.40 |
| | Postage | 0.44 |
| | Postage | 0.44 |
| 11/23/2011 | Witness & Mileage Fees | 19.25 |
| 11/28/2011 | Photocopies | 1.40 |
| | Postage | 0.88 |
| | Facsimile Charges | 3.00 |
| 12/14/2011 | Postage | 0.88 |
| 12/15/2011 | Photocopies | 3.00 |
| | Facsimile Charges | 2.00 |
| 12/20/2011 | Photocopies | 1.60 |
| | Postage | 0.88 |
| 1/3/2012 | Photocopies | 128.80 |
| 1/5/2012 | Postage | 8.56 |
| 1/6/2012 | Photocopies | 2.40 |
| | Postage | 1.76 |
| 1/9/2012 | Photocopies | 23.40 |
| | Postage | 4.28 |
| 1/12/2012 | Photocopies | 1.00 |
| | Postage | 0.88 |
| 1/20/2012 | Postage | 1.32 |
| | Photocopies | 2.60 |
| 1/31/2012 | Photocopies | 30.60 |
| | Postage | 5.70 |
| 2/8/2012 | Postage-certified, return receipt | 5.95 |
| 2/17/2012 | Postage | 0.90 |
| | Photocopies | 2.80 |
| 2/23/2012 | Postage | 0.45 |
| | Photocopies | 0.40 |
| 3/6/2012 | Photocopies | 5.20 |
| | Postage | 1.35 |
| 5/18/2012 | Process Server's Fee-Allen & Hope #3757 | 34.05 |
| 5/22/2012 | Facsimile Charges | 2.00 |
| | Facsimile Charges | 2.00 |
| 5/23/2012 | Facsimile Charges | 2.00 |
| 7/16/2012 | Court Reporter's Fee-General Reporting Service #3830 | 315.75 |
| 7/18/2012 | Postage | 3.50 |
| | Photocopies | 16.80 |
| 7/27/2012 | Postage | 0.45 |
| | Photocopies | 0.60 |
| 8/23/2012 | Photocopies | 0.80 |
| 8/24/2012 | Postage | 0.45 |
| 8/29/2012 | Postage | 4.70 |
| | Photocopies | 27.20 |
| 9/12/2012 | Postage | 1.30 |
| | Photocopies | 3.00 |
| 9/14/2012 | Postage | 1.30 |
| | Photocopies | 3.00 |
| 10/18/2012 | Facsimile Charges | 3.00 |
| | Facsimile Charges | 3.00 |

| Date | Description | Amount |
|---|---|---|
| 12/6/2012 | Mediation Fee/Facilitation Fee-O'Neill, Wallace & Doyle PC #4081 | 550.00 |
| 12/26/2012 | Postage | 1.30 |
| | Photocopies | 2.80 |
| | Photocopies | 2.80 |
| 1/28/2013 | Postage | 0.46 |
| | Photocopies | 0.20 |
| 1/31/2013 | Postage-certified, return receipt | 6.11 |
| | Postage | 0.46 |
| | Photocopies | 0.60 |
| 5/22/2013 | Photocopies | 22.00 |
| 5/23/2013 | Witness Fee-Eve Perry #1162 | 36.00 |
| | Witness Fee-Kevin Flynn #1164 | 80.00 |
| 5/28/2013 | Expenses for trial preparation-#1155 | 12.52 |
| | Photocopies | 579.20 |
| 5/29/2013 | Process Server's Fee-Allen & Hope* | 27.25 |
| 6/3/2013 | Photocopies-Prints Plus* | 31.16 |
| | Court Reporter's Fee-Bienenstock #1161 (deposit for De Bene Esse video dep of Dr. Johnson) | 550.00 |
| 6/4/2013 | Expenses for Travel to Bay City | 19.89 |
| 6/5/2013 | Expenses for Travel to Bay City | 19.89 |
| 6/6/2013 | Photocopies | 55.60 |
| | Expenses for trial | 18.94 |
| | Expenses for Travel to Bay City | 19.89 |
| | Court Reporter's Fee-Bienenstock Court Reporting #1175 | 103.60 |
| | Deposition Fee- Johnson Dep- ck # 1175 | 103.60 |
| 6/7/2013 | Expenses for Travel to Bay City | 19.89 |
| 6/10/2013 | Expert Fee-Dr. Frank Stafford* | 2,801.40 |
| 6/12/2013 | Process Server's Fee-Allen & Hope * | 35.75 |
| 6/13/2013 | Court Reporter's Fee-Tri-City Court Reporters* | 469.70 |
| | Court Reporter's Fee-Tri-City Court Reporters* | 168.40 |
| | Court Reporter's Fee-Tri-City Court Reporters* | 688.35 |
| | Total additional charges | $7,507.77 |
| | Total amount of this bill | $131,647.77 |
| | Accounts receivable transactions | |
| 6/29/2011 | Payment - thank you (transfer from IOLTA) | ($350.00) |
| | Total payments and adjustments | ($350.00) |
| | Balance due | $131,297.77 |